IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JOSE BECERRA, | § | |
| | § | |
| Defendant Below, | § | No. 387, 2017 |
| Appellant, | § | |
| | § | Court Below: Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID No.: 13006011961 (N) |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: March 21, 2018
Decided: April 4, 2018

Before **STRINE**; Chief Justice, **VALIHURA**, and **SEITZ**, Justices.

## **ORDER**

This 4th day of April, 2018, after careful consideration of the parties' briefs and the record on appeal, we find it evident that the final judgment of the Superior Court should be affirmed on the basis of and for the reasons stated in its September 6, 2017 order.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Justice